**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-22076-SCOLA/LOUIS

ANA KONO,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI, a private
Florida university, and DR. JULIO LARAN,

    Defendants.
_____/

**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff, Ana Kono, and Defendant, University of Miami, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, each party to bear her/its own fees and costs.

Dated: June 23, 2020                    Respectfully submitted,

| | |
|---|---|
| Donald Hayden, Esq.<br>Fla. Bar No. 97136<br>don@markmigdal.com<br>Darci Cohen, Esq.<br>Fla. Bar No. 90971<br>darci@markmigdal.com<br>MARK, MIGDAL & HAYDEN<br>80 SW 8th Street, Suite 1999<br>Miami, Florida 33130-3003<br>Telephone: (305) 374-0440<br>Facsimile: (305) 714-4340<br>*Counsel for Plaintiff*<br><br>By:    */s/ Donald J. Hayden*<br>        Donald Hayden, Esq.<br>        Fla. Bar No. 97136 | Eric D. Isicoff, Esq.<br>Fla. Bar No. 372201<br>isicoff@irlaw.com<br>Teresa Ragatz, Esq.<br>Fla. Bar No. 545170<br>ragatz@irlaw.com<br>Jordan Isicoff, Esq.<br>Florida Bar No. 1004162<br>jordan@irlaw.com<br>ISICOFF RAGATZ<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Telephone: 305-373-3232<br>Facsimile: 305-373-3233<br>*Counsel for University of Miami*<br><br>By:    */s/ Teresa Ragatz*<br>        Teresa Ragatz<br>        Fla. Bar No. 545170 |